**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE AMERICAN HOSPITAL
ASSOCIATION, et al.,

     *Plaintiffs*,

    v.

ALEX M. AZAR II, Secretary of Health and
Human Services,

     *Defendant*.

Civil Action No. 1:19-cv-03619 (CJN)

## <u>ORDER</u>

Upon consideration of the Parties' Joint Motion for Order Setting Deadline for Defendant to Respond to Plaintiff's Motion for Summary Judgment and for Scheduling Order, ECF No. 15, it is hereby **ORDERED** that the motion is **GRANTED** and that this case will proceed according to the following schedule:

1.    On or before **February 4, 2020**, Defendant shall file his Opposition to Plaintiffs' Motion for Summary Judgment and any Cross-Motion for Summary Judgment.

2.    On or before that same date, Defendant shall certify and produce the administrative record and file with the Court a certified list of the contents of the administrative record.

3.    On or before **February 18, 2020**, Plaintiffs shall file their Opposition to Defendant's Cross-Motion and their Reply in Support of their Motion for Summary Judgment.

4.    On or before **March 10, 2020**, Defendant shall file his Reply in Support of his Cross-Motion for Summary Judgment.

5.      The Parties shall file a Joint Appendix containing the portions of the

administrative record relied on by either party within the time period required by

the Local Rules.

6.      The deadline for Defendant to file an Answer shall be suspended pending the

Court's resolution of the Parties' Cross-Motions for Summary Judgment.


DATE:  December 18, 2019

_____
CARL J. NICHOLS
United States District Judge