# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE AMERICAN HOSPITAL ASSOCIATION, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, THE FEDERATION OF AMERICAN HOSPITALS, NATIONAL ASSOCIATION OF CHILDREN'S HOSPITALS, INC., MEMORIAL COMMUNITY HOSPITAL AND HEALTH SYSTEM, PROVIDENCE HEALTH SYSTEM - SOUTHERN CALIFORNIA d/b/a PROVIDENCE HOLY CROSS MEDICAL CENTER, and BOTHWELL REGIONAL HEALTH CENTER, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEX M. AZAR II, in his official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES, <br><br> *Defendant*. |  Civil Action No. 1:19-cv-3619-CJN |

## JOINT APPENDIX IN SUPPORT OF PARTIES'

## MOTIONS AND CROSS-MOTIONS FOR SUMMARY JUDGMENT

                                                                         Catherine E. Stetson (D.C. Bar # 453221)
                                                                         Susan M. Cook (D.C. Bar # 462978)
                                                                         Harrison G. Kilgore (D.C. Bar # 1630371)
                                                                         HOGAN LOVELLS US LLP
                                                                         555 Thirteenth Street, NW
                                                                         Washington, DC 20004
                                                                         Tel: 202-637-5491
                                                                         cate.stetson@hoganlovells.com

Dated: April 7, 2020                            *Counsel for Plaintiffs*

## JOINT APPENDIX INDEX

| Tab No. | Description | Administrative Record Page Nos. |
|---|---|---|
| **VOLUME I** | | |
| 1 | Proposed Rule: Medicare Programs, 84 Fed. Reg. 39,398 (August 9, 2019); CMS-1717-P | AR0001-247 |
| 2 | Final Rule: Price Transparency Requirements, 84 Fed. Reg. 65,524 (November 27, 2019); CMS 1717-F2 | AR000248-330 |
| **VOLUME II** | | |
| 3 | Public Comments on CMS-1717-P **(Excerpt)** | AR000367-368, AR000444-446, AR000607-616, AR000638-644, AR000683, AR000727, AR000778, AR000785-789, AR000807, AR001133, AR001372-400, AR001438-48, AR001496-501, AR001531-41, AR001649-54, AR001729-42, AR001764-74, AR001933-34, AR002108-12, AR002347, AR002359, AR002429-36, AR002515-25, |

| Tab No. | Description | Administrative Record Page Nos. |
|---|---|---|
| 3 | Public Comments on CMS-1717-P **(Excerpt)**, continued | AR002552-618, AR002754, AR003404-07, AR003675-81, AR004047-65, AR004461-67, AR004488-500, AR004571-79 |
| **VOLUME III** | | |
| 4 | Jon Bees, Survey Snapshot: Is Transparency the Answer to Rising Health Care Costs?, New England Journal of Medicine Catalyst (March 20, 2019) | AR004591-99 |
| 5 | Congressional Research Service, Does Price Transparency Improve Market Efficiency? (2008) | AR004755-99 |
| 6 | U.S. Government Accountability Office, Health Care Price Transparency: Meaningful Price Information Is Difficult for Consumers to Obtain Prior to Receiving Care (Sept. 2011) | AR004800-42 |
| 7 | Zach Y. Brown, An Empirical Model of Price Transparency and Markups in Health Care (Aug. 2009) | AR004923-82 |
| 8 | Zach Y. Brown, Equilibrium Effects of Health Care Price Information, The Review of Economics and Statistics (Oct. 2019) | AR004996-5009 |
| 9 | Christopher P. Tompkins, et al., The Precarious Pricing System for Hospital Services, Health Affairs (Jan. 2006) | AR005151-62 |
| 10 | Paul B. Ginsburg, Shopping For Price In Medical Care, MarketWatch (Feb. 6, 2007) | AR005260-68 |
| 11 | Massachusetts Office of the Attorney General, Examination of Health Care Cost Trends and Cost Drivers (2018) | AR005275-300 |
| 12 | Donna Rosato, How Paying Your Doctor in Cash Could Save You Money, Consumer Reports (May 4, 2018) | AR005413-19 |

| Tab No. | Description | Administrative Record Page Nos. |
|---|---|---|
| 13 | ClearHealthCosts, CHCosts PriceCheck: A Community-Created Guide to Health Costs | AR005431-35 |
| 14 | Sze-jung Wu et al., Price Transparency For MRIs Increased Use of Less Costly Providers and Triggered Provider Competition, HealthAffairs (Aug. 2014) | AR005624-31 |
| 15 | Ethan M.J. Lieber, Does It Pay to Know Prices in Health Care?, American Economic Journal (Feb. 2017) | AR005652-78 |
| 16 | Christopher Whaley, et al., Association Between Availability of Health Service Prices and Payments for These Services, JAMA (2014) | AR005679-85 |
| 17 | Celine Goetz, et al., The Effect of Charge Display on Cost of Care and Physician Practice Behaviors: A Systematic Review, Journal of General Internal Medicine (June 2015) | AR006141-48 |
| 18 | Hans B. Christensen et al., The Only Prescription is Transparency: The Effect of Charge-Price-Transparency Regulation on Healthcare Prices, Chicago Booth Research Paper No. 14-33 (Feb. 21, 2019) | AR006688-757 |
| 19 | Executive Order on Improving Price and Quality Transparency in American Healthcare to Put Patients First (June 24, 2019) | AR007101-04 |